**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LUCAS WALL,

     Plaintiff,

v.

    Case No. _____

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

     Defendant.

**NOTICE OF REMOVAL OF DEFENDANT
RELIANCE STANDARD LIFE INSURANCE COMPANY**

Pursuant to 28 U.S.C. §§ 1441, and 1446, Defendant RELIANCE STANDARD LIFE

INSURANCE COMPANY (hereinafter "Defendant") hereby files this notice of removal of the

above-entitled civil action, now pending in the Superior Court for the District of Columbia,

bearing Case No.: 2020 SC3 002073, to the United States District Court for the District of

Columbia.  In support of removal, Defendant states as follows:

<u>Facts Giving Rise to Jurisdiction</u>

1.      Plaintiff commenced this personal injury action in the Superior Court for the

District of Columbia against Defendant Reliance Standard Life Insurance Company seeking

$10,000 dollars in damages resulting from the denial of his long-term disability benefits under

the Employee Retirement Income Security Act of 1974 ("ERISA") on January 29, 2020. (Ex. 1,

Plaintiff's Statement of Claim).

2.      Plaintiff's claims of harassment, invasion of privacy, and intentional infliction of

emotional distress against Defendant result from the termination of his long-term disability

benefits under ERISA. (Ex. 1, Plaintiff's Statement of Claim).

3.      Plaintiff is a citizen of the District of Columbia. (Ex. 1, Plaintiff's Statement of Claim).

<u>Legal Basis for Jurisdiction</u>

4.      Jurisdiction of this court is based upon the Employee Retirement Income Security Act of 1974 and 29 U.S.C. § 1132(e)(1) and 1132(f). These provisions grant the district court jurisdiction to hear civil actions brought to recover benefits due under the terms of an employee welfare benefit plan, which, in this case, consists of a long-term disability insurance policy underwritten and administered by Defendant for the benefits of the employees of the American Association of State Highway & Transportation Officials, which includes Plaintiff.

5.      Removal of this action is proper under 28 U.S.C. § 1331, which gives the district court jurisdiction over actions that arise under the laws of the United States.

6.      Venue is proper in the United States District Court for the District of Columbia, as Plaintiff resides in the District of Columbia and filed his complaint in the Superior Court for the District of Columbia. (Ex. 1, Plaintiff's Statement of Claim).

7.      Plaintiff's Complaint was filed on July 21, 2020. This Notice of Removal is thus timely filed pursuant to 28 U.S.C. § 1446(b).

8.      As required by 28 U.S.C. § 1446(b), true and correct copies of the pleadings are being filed with this notice of removal (see Ex. 1).

9.      Pursuant to 28 U.S.C. § 1446(d), a copy of this notice of removal is being served onto Plaintiff and filed with the Superior Court for the District of Columbia.

**WHEREFORE**, Defendant prays that this action proceeds in this Court as an action properly removed thereto.

941282v.1

Dated: July 30, 2020                     Respectfully Submitted,

**RELIANCE STANDARD LIFE
INSURANCE COMPANY**
By Counsel,

*/s/ Peter M. Moore*
Peter M. Moore (# 985713)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
8444 Westpark Dr., Ste. 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (Fax)
peter.moore@wilsonelser.com
*Counsel for Defendant Reliance Standard Life
Insurance Company*

941282v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of July, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and that I will serve a true and accurate copy of the foregoing was via Electronic Mail and U.S. mail, postage pre-paid, to:

>Lucas Wall
>435 10th Street N.E.
>Washington, D.C. 20002
>Lucas.Wall@Yahoo.com
>*Pro Se Plaintiff*

>*/s/ Peter M. Moore*
>Peter M. Moore (# 985713)
>WILSON ELSER MOSKOWITZ
>EDELMAN & DICKER, LLP
>8444 Westpark Dr., Ste. 510
>McLean, Virginia 22102
>(703) 245-9300
>(703) 245-9301 (Fax)
>peter.moore@wilsonelser.com
>*Counsel for Defendant Reliance Standard Life*
>*Insurance Company*

4

941282v.1