

**EXHIBIT**

**1**

FILED
JUL 21 2020
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: 2020 SC3 002073

| Plaintiff(s) | vs. | Defendant(s) |
|---|---|---|
| LUCAS WALL | | RELIANCE STANDARD LIFE INSURANCE COMPANY |
| 435 10TH ST NE | | 2001 Market St., Suite 1500 |
| Address: WASHINGTON DC — Zip Code: 20002 | | Address: Philadelphia, PA — Zip Code: 19103-7090 |

Phone No. 202-351-1735

## STATEMENT OF CLAIM

I was receiving long-term disability benefits under Reliance Standard Life Insurance Co. Policy LTD #118112 until RSLI sent me a denial letter dated January 29, 2020, incorrectly finding that I do not remain "Totally Disabled."

My benefits are due under Claim [illegible] LTD 01 under the Group Long-Term Disability Insurance Program held by my former employer, the American Association of State Highway & Transportation Officials.

[illegible] harassment, invasion of privacy, and intentional infliction of emotional distress.

[illegible]

diagnoses of Bipolar II Disorder and Generalized Anxiety Disorder. .... SEE CONTINUED

**Request for Relief:**

Payment of $10,000 in damages for harassment, invasion of privacy, and intentional infliction of emotional distress

DISTRICT OF COLUMBIA, ss: LUCAS WALL being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

[signature]
*Plaintiff/Agent (Sign and Print Name)*

435 10TH ST NE — *Address*
WASHINGTON, DC 20002 — *City/State/Zip Code*

*Title:* PLAINTIFF PRO SE

LUCAS.WALL@YAHOO.COM — *Email*
202-351-1735 — *Phone No.*

Subscribed and sworn to before me this 12TH day of JUNE (month), 20 20

[signature]
*(Notary Public or Deputy Clerk)*

[Notary seal: District of Columbia]

N/A
*Attorney for Plaintiff (Sign and Print Name)* — *Bar No.*

*Address* — *City/State/Zip Code*

*Email* — *Phone No.*

**See the *Instructions to Defendants* on the back of this form, or attached to this form, for more information.**

## Instructions to Defendants

### *Important*:

**You must come to court on the date and time stated on the Notice to avoid the entry of a judgment by default. If you do not come to court for your hearing, a judgment by default may be entered against you for the amount of money demanded in the Statement of Claim. If that happens, the plaintiff could take money from your paycheck or your bank account, or take and sell your personal property, to pay the claim.**

**If you cannot come to court for your hearing, call the Small Claims Clerk's Office at (202) 879-1120 as soon as you can for more information. You must go to the hearing unless the hearing is continued or cancelled. To find out if your hearing is still scheduled call the Small Claims Clerk's Office. Even if you want to admit the claim, and just need more time to pay, you must still come to court to explain your situation.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with the parties to see if they can agree to a settlement. If the parties cannot reach a settlement with the mediator, then the case can be scheduled for a trial on another day.

If the plaintiff in your case has a lawyer, that lawyer's name and contact information are on the Statement of Claim. You may contact the plaintiff's lawyer about this case. You do not have to have a lawyer, but you may choose to get a lawyer or look for legal advice about this matter.

If you want a lawyer, but cannot afford to pay one, there are many organizations that may be able to help you, including:
- Legal Aid Society of the District of Columbia: (202) 628-1161
- Legal Counsel for the Elderly (if age 60+): (202) 434-2120
- Tzedek DC: (202) 274-7386
- Neighborhood Legal Services Program: (202) 832-6577
- DC Law Students in Court: (202) 638-4798

You may also get help from the Consumer Law Resource Center, or the Small Claims Resource Center. The Consumer Law Resource Center is open on Wednesdays from 9:15 a.m. to 12:00 p.m. The Small Claims Resource Center is open on Thursdays, 9:15 a.m. to 12:00 p.m. Both are located in Room 208, Court Building B, 510 4th Street, N.W., Washington, DC 20001. The resource centers may close their intake early if too many people have already signed in. They must prioritize people with a court hearing scheduled on that day. There is no guarantee that people without hearings on that day will be seen. Arriving early increases your chances of receiving services. Please expect a wait.

If you have witnesses, books, receipts, or other documents that relate to this case, you should bring them with you to court. If you want to have witnesses summoned to come to court, contact the Small Claims Clerk's Office for more information.

When you contact the Small Claims Clerk's Office about your case, remember to include your case number, contact information, and court date. Please know that court employees are not allowed to give you legal advice.

**Puede obtenerse copias de este formulario en Español en el Tribunal Superior del Distrito de Columbia, Edificio B, 510 4th Street, NW, Room 120, Washington, D.C. 20001, o ver: www.dccourts.gov.**

**You can get a copy of this form in Spanish at the Superior Court of the District of Columbia, Building B, 510 4th Street NW, Room 120, Washington, D.C. 20001, or at: www.dccourts.gov.**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division -- Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

Case No.: 2020 SC 3002073

LUCAS WALL

*Plaintiff(s)*

vs.

RELIANCE STANDARD LIFE INSURANCE COMPANY

*Defendant(s)*

435 10TH ST NE WASHINGTON DC 20002

| Address | Zip Code |

2001 Market St, Suite 1500, Philadelphia, PA 19103-7090

| Address | Zip Code |

Phone No. 202-351-1735

**Notice**

You are hereby notified that LUCAS WALL has made a claim and is requesting judgment against you in the sum of TEN THOUSAND dollars ($ 10,000 ), as shown by the attached Statement of Claim.

The Court will hold a hearing on this claim on 9/14/2020 @9:00 AM in the Small Claims and Conciliation Branch, 510 4ᵗʰ Street, N.W., Court Building B, 119 .

*(Located on 4ᵗʰ Street, NW, between E and F Streets. Closest metro stop: Judiciary Square, Red Line)*

Andrew North
Clerk of the Court or Deputy Clerk
Superior Court of the District of Columbia

This paper is a notice in a lawsuit seeking money damages. If you do not come to the hearing above, a judgment may be entered against you. If you cannot come to the hearing, please contact the Small Claims Clerk's Office immediately for more information. For more information, see the "Instructions to Defendants" page attached to or on the back of the attached Statement of Claim.

● ● ●

Este documento es un aviso en una demanda que solicita daños monetarios. Si usted no asiste a la audiencia mencionada anteriormente, se puede dictar un fallo en su contra. Si no puede asistir a la audiencia, comuníquese de inmediato con la Oficina del Secretario de Demandas de Menor Cuantía para obtener más información. Para obtener más información, consulte la página "Instrucciones a los Demandados" que se adjunta a la Declaración de Demanda adjunta o al dorso de la misma.

● ● ●

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    번역을 원하시면, (202) 879-4828 로 전화주십시요

Để có một bài dịch, hãy gọi (202) 879-4828     የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

CV-474/Dec. 2018

Small Claims Form 11

**LUCAS WALL V. RELIANCE STANDARD LIFE INSURANCE COMPANY**
**STATEMENT OF CLAIM, CONTINUED**

I have suffered severe or extreme emotional distress based on your employees' reliance on faulty documents and efforts to investigate my personal life that led to the January 29, 2020, determination to end my benefits without warning. I was provided one month "courtesy" benefits for February 2020, but otherwise left to suffer the extreme emotional and mental distress of rapidly having my income chopped in half when I lack the capacity to work on a consistent full-time basis. This loss of income because of intentional misdeeds by your employees has caused me severe depression and anxiety, not to mention the financial consequences of being unable to pay bills and putting my housing in jeopardy.

Your employees' deliberate actions threatening my well-being and survival has caused mental distress, suffering, and anguish including nervousness, anxiety, worry, shock, and indignity. Based on the strength of my Total Disability as established by hundreds of records and my history of depression and suicidal ideation, your staff knew there was at least a high probability that their conduct would cause me severe emotional distress.



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION, Small Claims and Conciliation Branch
510 4th Street, N.W., Building B, Room 120
Washington, D.C. 20001 Telephone (202) 879-1120

## PLAINTIFF'S REQUEST FOR INITIAL HEARING DATE

Plaintiffs have a right to an initial hearing within 30 days after they file their Statement of Claim. To allow sufficient time for service, Plaintiffs may instead request an initial hearing within 60 days after initiation.

Court rules require Plaintiffs to provide proof of service at least 7 days before the initial hearing. Service must be completed within 15 days of filing when a Defendant is the District of Columbia or an officer or agency of the District. Plaintiffs should request a date that allows sufficient time to serve Defendant.

☐ I expect to provide proof of service to the Court in no more than 53 days and request an initial court date within 60 days.

☒ I expect to provide proof of service to the Court in no more than 23 days and request an initial court date within 30 days. JULY 20, 2020, HEARING REQUESTED -- SEE ATTACHED COVER LETTER

Plaintiffs who do not provide proof of service at least 7 days prior may ask the court to reschedule the initial hearing date, and explain why they did not file proof of service at least 7 days before the initial hearing, and how they plan to serve the Defendant at least 7 days before any rescheduled date.

Plaintiff/Agent (Sign and Print Name): *Lucas Will*

Date: 6-12-20

**CONFIDENTIAL FORM**
Pursuant to Superior Court of the District of Columbia Administrative Order 15-14, a party filing a case in the Superior Court shall complete and submit this form with any initial pleading except for a charging document.

## Superior Court of the District of Columbia
## CIVIL DIVISION

Check one:

☐ Civil Actions Branch
500 Indiana Ave., N.W.
Room 5000
Washington, DC 20001
Telephone: (202) 879-1133

☐ Landlord & Tenant Branch
510 4th Street, N.W.
Room 110
Washington, DC 20001
Telephone: (202) 879-4879

☑ Small Claims & Conciliation Branch
510 4th Street, N.W.
Room 120
Washington, DC 20001
Telephone: (202) 879-1120

_Lucas Wall_
**Plaintiff**

_Reliance Standard Life Insurance Company_     **CASE NUMBER:** _____
**Defendant**

Plaintiff's Date of Birth: ██████████

Plaintiff's Driver's License Number: ██████████

State of Issuance: _DC_

Email address of Plaintiff: _Lucas.wall@yahoo.com_

Email address of Plaintiff's Attorney: _N/A_

Defendant's Date of Birth: ____/____/_____

Defendant's Driver's License Number: _____

State of Issuance: _____

Email address of Defendant: _Timothy.Scott@rsli.com_

Email address of Defendant's Attorney: _____

 Driver's license and birthdates will be recorded in a secure Court database and the information will be available only to authorized Court personnel.

Confidential Form: CV/3072 Feb. 2016

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**SMALL CLAIMS & CONCILIATION BRANCH**

LUCAS WALL                                          :
                                                    :
    Plaintiff,                   :
                                                    :          Case No. _____
v.                                                  :
                                                    :          Judge _____
RELIANCE STANDARD LIFE INSURANCE CO.                :
                                                    :
    Defendant.                   :


## PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE INITIAL HEARING DUE TO COURT CLERKS' ERRORS

    **COMES NOW** plaintiff, *pro se*, and moves for an expedited initial hearing date for his Statement of Claim due to the failure of the Small Claims clerk's office to properly process his initial filing June 11, 2020. Mr. Wall should not have to wait more than three weeks for an initial hearing date because the clerk's office failed to process his original filing, which included a request to proceed without pre-payment of court costs due to loss of half his income caused by Defendant Reliance Standard Life Insurance Co. ("RSLI").

    Plaintiff requests an initial hearing date of <u>**August 19, 2020**</u>, or the closest date to the 19th if that day is not feasible (with the exception of August 18, when Mr. Wall is not available).

    In support of his motion, plaintiff relies on the following:

1.    Mr. Wall planned to file his lawsuit against RSLI in person in mid-June. However, he learned the Small Claims clerk's office was closed due to coronavirus. He chatted online with clerk "DenyerD" June 11, 2020. DenyerD informed Mr. Wall he should file a case with a request for IFP to Civilefilings@dcsc.gov. Pl. Ex. 1.

2.    DenyerD told Mr. Wall the court was scheduling initial hearings in late July and early August for new claims. *Id.*

3.  Mr. Wall, following DenyerD's instructions, filed his lawsuit and request to proceed without pre-payment of court costs to the e-mail address provided June 12, 2020. Pl. Ex. 2.

4.  Also June 12, Mr. Wall e-mailed a copy of the Statement of Claim to Timothy Scott, senior benefits analyst for appeals, at Defendant RSLI. Mr. Wall informed Mr. Scott that he would effect formal service once the case was processed by the Small Claims clerk's office. He told Mr. Scott he requested an initial hearing date of July 20. Pl. Ex. 3.

5.  More than three weeks passed since Mr. Wall filed his Statement of Claim and request to proceed IFP with the clerk's office. He heard absolutely nothing. He again initiated a conversation on the Small Claims Chat Line on July 6. Clerk "GeanC" informed Mr. Wall his supervisor was looking into why the case had not been filed and would get back to him. Pl. Ex. 4.

6.  After not hearing back from GeanC, Mr. Wall e-mailed Jeremie Johnson, branch chief, Small Claims, on July 7. Mr. Johnson wrote, "[M]y apologies for missing your initial email. Your matter is being processed now. I will follow upon completion." Pl. Ex. 5.

7.  Mr. Johnson e-mailed Mr. Wall July 8 with an order denying his request to proceed IFP. Pl. Ex. 6.

8.  Mr. Wall contacted Mr. Scott with RSLI on July 8 noting, "I am still awaiting the name and contact information for your lawyer." Mr. Wall noted he expected Small Claims to process his lawsuit against RSLI that week, and "I still need your lawyer's information." Pl. Ex. 7.

9.  Mr. Wall wrote a second e-mail to Mr. Scott on July 8 noting he still needs "a specific name, mailing address, phone number, and email address [for RSLI's attorney] – as noted in multiple correspondence." Pl. Ex. 6. Mr. Scott has to this day refused to provide that information, obstructing Mr. Wall's ability to reach out to RSLI's lawyer to discuss settlement options even though RSLI has been aware of the lawsuit since June 12.

10. After receiving the order denying his request to proceed without pre-payment of court costs, Mr. Wall obtained information from Mr. Johnson about how to e-file his Statement of Claim and pay the filing fee by credit card using the Case File Xpress system. However, when Mr. Wall attempted to submit the lawsuit July 9, he received error messages even though his documents were in the PDF format specified by Case File Xpress. Mr. Wall reached out again to Mr. Johnson to troubleshoot. Pl. Exs. 9 & 10. He received no response.

11. After another 12 days passed with no action from the clerk's office, Mr. Wall e-mailed Mr. Johnson once again July 21 to inquire about  how to proceed since his initial filing was lost, his second filing with IFP request was denied, and his third filing attempt received error messages from the court's e-file vendor. Mr. Johnson advised "Regrettably, I'm unable to fully diagnose that issue with CFX because they are a separate entity, a third party vender." Pl. Ex. 11.

12. Mr. Wall is attempting today (July 21) to again use the e-file system but has been told by Mr. Johnson to mail in the lawsuit filing if the system continues to malfunction.

13. These delays due to errors made by the Small Claims clerk's office and the court's e-file vendor have now cost Mr. Wall nearly 5½ weeks of deferrals in getting an initial hearing. He requested in the first filing June 12 that the initial hearing be held July 20 – which was yesterday. Because of delays that were of no fault of his own, justice demands that Mr. Wall receive an expedited initial hearing within 3-4 weeks of this suit being filed and sent out for service to RSLI – which has known about the suit since June 12. Mr. Wall should not have to wait at the back of the line because of errors made by this court's clerk's office in failing to timely process his original June 12 submission by e-mail as he was instructed.

WHEREFORE, plaintiff respectfully requests that the Court grant his motion to expedite the initial hearing date, rule on this motion without oral argument, and enter the proposed order scheduling the initial hearing for **August 19** or a nearby date (with the exclusion of August 18.) This would allow enough time for formal service to RSLI while also advancing Mr. Wall's case, which is urgent because RSLI has denied him about $10,000 in disability benefits since March 2020 due to harassment, invasion of privacy, and intentional infliction of emotional distress.

Respectfully submitted this 21st day of July 2020.

Lucas Wall, plaintiff *pro se*
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

4

**CERTIFICATE OF SERVICE**

On July 21, 2020, I e-mailed this motion and the proposed order accompanying this motion to the defendant's representative:

Timothy Scott
Senior Benefits Analyst for Appeals
Reliance Standard Life Insurance Co.
Timothy.Scott@rsli.com

Lucas Wall, plaintiff *pro se*
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

5

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**SMALL CLAIMS & CONCILIATION BRANCH**

| | | |
|---|---|---|
| **LUCAS WALL** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. _____ |
| v. | : | |
| | : | Judge _____ |
| **RELIANCE STANDARD LIFE INSURANCE CO.** | : | |
| | : | |
| Defendant. | : | |

**ORDER CONCERNING PLAINTIFF'S MOTION TO EXPEDITE INITIAL HEARING**

Upon consideration of the plaintiff's motion to expedite the initial hearing on his Statement of Claim

in the above-captioned case, it is, by the Court, this _____ day of _____ 2020,

ORDERED that the motion to expedite is hereby GRANTED;

IT IS FURTHER ORDERED that the clerk shall schedule the initial hearing in this case on August _____,

2020 at _____ a.m.

_____
Judge

**Copies to:**

Lucas Wall, plaintiff *pro se*
Lucas.Wall@yahoo.com

Timothy Scott, defendant's representative
Senior Benefits Analyst for Appeals
Reliance Standard Life Insurance Co.
Timothy.Scott@rsli.com

Pl. Ex. 1

D.C. SUPERIOR COURT SMALL CLAIMS CHAT LINE JUNE 11, 2020

DenyerD: Good Day! Welcome to the Small Claims and Conciliation Branch Chat Line, How may I assist you today?

Lucas: How to file a new Small Claims case

i need to file a new Small Claims case

DenyerD: There are currently three ways to file a Small Claims case at this time. Via mail, via dropbox on the first floor of the Moultrie Courthouse, and electronically by visiting https://fileandservexpress.com/dc/. We are able to accept claims being served via process server electronically at this time. Claims being served by Certified/Registered mail must be submitted via mail or dropbox.

Lucas: The info on your website is very cofusing -- mentions comin to the clerk's ofice to notarize Statement of Claim, etc, but other info indicates you are still closed?!

DenyerD: The forms you need to file are available via the following link: https://www.dccourts.gov/services/forms/forms-by-location?location=smallclaims

Lucas: so the clerk's oficeis STILL closed?

DenyerD: The Statement of Claim must be notarized before filing. The clerk's offices remain in remote operations.

Lucas: I have ready info about walking into clerk's office in Building B to complete documents and have notarized, to get court date, etc.

DenyerD: Announcements about on-site services will be made public on dccourts.gov/coronavirus.

Lucas: Wow that is terrible! 3 months and still no in-person servicesat the couthouse?!

DenyerD: We are currently in a phased reopening, but remain closed to the public at this time.

Lucas: Okay so dropbox seems to be the best option -- but how do I get court date, get case sent to defendent by certified mail, etc.?

I have filed in small claimsbefore and it was very easy, but now there is nobody working in the office!!

How do I get Statement of Claim notarized if your office is closed 3 months later?!

DenyerD: You can request a specific court date by attaching a piece of paper to your claim with the requested court date. There is no guarantee that you'll receive the requested court date. At this time, we are scheduling hearings in late July and early August for new claims.

You would have to get it notarized by a notary public.

Lucas: I have no idea how to do that

Is someone working in the courthouse lobby near the dropbox who can do that?

DenyerD: I would recommend searching for a notary public through an online search and contracting their services that way. Banks should also have notaries on staff available to notarize documents.

Lucas: Oh my, this is a huge hassle!

Last time I walked into Small Claims Clerk's Office, and everytying was done right there. I can't believe you are still closed!!

This is very hard for a poor person trying to file a small claims suit

I do'nt know what to do. :-(

DenyerD: As I stated, any announcements about on-site operations will be made public on dccourts.gov/coronavirus. If you would like to wait to file your case until we have on-site operations, that is your prerogative.

Lucas: I really wish you would open your office! Would make this so much easier.

Now I am having panic attack.

no, my case is very urgent, can't wait.

Do I have to pay for a case dropped in the deposit box? how does that work?

what if I am applying IFP?

I thought checks were not accepted?

do I get a bill in the mail if filing by dropbox?



DenyerD: If you are applying for an IFP, you can submit your paperwork to Civilefilings@dcsc.gov. You would have to include both your Application for IFP and your Statement of Claim and Information Sheet. If you are dropping off your case in the dropbox, you would have to include a check or money order made payable to Clerk, DC Courts for the court costs.

Lucas: oh so checks are accepted now for dropbox? Okay.

or submit with IFP request via e-mail. And then how would the defendent be served?

DenyerD: The method of service would be selected by you on your Information Sheet. Approved IFP cases are automatically served via Certified Mail. If you want it served by Process Server, you would have to include an Application for Approval of Special Process Server.

Lucas: okay, I will review all these forms. Thank you for your help. Very stressful! Reall hope clerk's ofice is opened again ASAP. Goodbye.

Pl. Ex. 2

Lucas Wall v. Reliance Standard Life Insurance Company

From:  Lucas Wall (lucas.wall@yahoo.com)

To:      civilefilings@dcsc.gov

Date:  Friday, June 12, 2020, 11:47 AM EDT

Attached is a new lawsuit to be filed with the Small Claims & Conciliation Branch.

Please let me know if there are any questions or issues with the filing I need to address.

I would appreciate if you could advise me of the initial hearing date by e-mail. Thank you.

'Lucas Wall

  Lucas Wall v RSLI.pdf
                       1.8MB

Pl. Ex. 3

Lucas Wall v. Reliance Standard Life Insurance Company

From: Lucas Wall (lucas.wall@yahoo.com)

To:  timothy.scott@rsli.com

Date: Friday, June 12, 2020, 12:21 PM EDT

Dear Mr. Scott:

Attached please find the Statement of Claim filed today against Reliance Standard Life Insurance Company in the Superior Court of the District of Columbia. Formal service will be effected once the court processes the filing, assigns a case number, and schedules the initial hearing. I have requested an initial hearing July 20, however this is subject to the court's calendar.

Please have your attorney contact me regarding this litigation so I know who to communicate with. I asked numerous times for your lawyer's name, title, e-mail address, phone number, and mailing address, however you have failed to provide this information.

A couple other things to note:

1) I plan to respond in the next week or so to the horrible peer review you sent me the other day, which does not appear to have examined any of the medical records, sleep logs, and other documents I filed with my appeal.

2) The lawsuit filed today concerns harassment, invasion of privacy, and intentional infliction of emotional distress in cutting off my long-term disability benefits in bad faith. These matters were detailed in my appeal letter submitted April 30.

Today's suit does NOT address the merits of continued LTD benefits as that matter is still going through the RSLI internal appeals process. You have vowed to schedule an in-person Independent Medical Exam at my request after the peer review you sent me earlier this week – in which the doctor did not speak with me or meet me – was found by me to be extremely deficient.

I look forward to hearing from your vendor regarding scheduling the IME and from your attorney concerning the lawsuit filed today.

'Lucas Wall

Lucas Wall v Reliance Standard LtC.pdf
1.1MB

Pl. Ex. 4

D.C. SUPERIOR COURT SMALL CLAIMS CHAT LINE JULY 6, 2020

GeanC: Good Day! Welcome to the Small Claims and Conciliation Branch Chat Line,
How may I assist you today?
Lucas: e-filed lawsuit June 12; have not heard anything
good afternoon
I am following up on a Small Claims lawsuit I filed by e-mail June 12. Have not
heard anything in response.
GeanC: What is the case number please?
Lucas: Waiting for initial hearing date and case number to serve other party
Per instructions I received from your office, lawsuit was sent to
Civilefilings@dcsc.gov
I do not have a case number -- have not received it
GeanC: I need a confirmation number please?
Lucas: did not receive such a number
have heard absolutely NOTHING
GeanC: When you file electronically, it gives you an ED number and/or
confirmation.
Lucas: none received
documents were sent by e-mail to address provided
Civilefilings@dcsc.gov
GeanC: Ok, you do not file by email.
Next question.. hold on
is this for civil actions or Small Claims?
Lucas: Small Claims
GeanC: Why did you file by email?
Lucas: I was given instructions on this chat line last month to file by e-mail
because the clerk's office was closed for coronavirus
GeanC: ok, and this is the email you were given>
Lucas: that's correct. sent June 12
been waiting for a response
more than 3 weeks now
GeanC: Ok
one moment ok
Lucas: DenyerD is the clerk I chatted with June 11 who have me the instructions
>>> DenyerD: If you are applying for an IFP, you can submit your paperwork to
Civilefilings@dcsc.gov. You would have to include both your Application for IFP and

your Statement of Claim and Information Sheet. <<<

GeanC: one moment

Lucas: okay

GeanC: can I have your email please?

Lucas: Lucas.Wall@yahoo.com

GeanC: My supervisor is looking into it, I will email you regarding this.

Lucas: when can I expect a response?

I have been waiting more than 3 weeks.

GeanC: Again, when I get a response from my supervisor, I will respond to you. Yes I know, you mentioned that to me.

Okay, I will be in touch.

Lucas: I hope to hear back from you later today. Thank you.

GeanC: I will respond when I get a response. Good day.

Customer Feedback Survey

Your feedback is very important to us as we strive to provide excellent service to our customers. Please take a moment to answer a few questions to help us improve our customer service.

Which Civil Division Chat Line did you visit today?

How would you rate our overall customer service?

How would you rate the time it took to serve you today?

How would you rate the professionalism of the clerk serving you today?

How would you rate the ease in locating us today?

What was the nature of your visit?

Did you get the information you needed today?

If you would like a manager to contact you, please provide your name and preferred contact information:

Chat Again

PL-Ex S

RE: Lucas Wall v. Reliance Standard Life Insurance Company

From:  Johnson, Jeremie E. (jeremie.johnson@dcsc.gov)

To:  lucas.wall@yahoo.com; civilefiling@dcsc.gov

Date:  Tuesday, July 7, 2020 3:56 PM EDT

Mr. Wall,

Filed Rule 12

Good afternoon. I hope all is well. Thank you for following up on this matter and my apologies for missing your initial email. Your matter is being processed now. I will follow up upon completion.

Thank you,

## Jeremie Johnson

Branch Chief, Small Claims

(202) 508 – 1611 (8-1611)

Jeremie.Johnson@dcsc.gov

510 4th Street, NW, Room 120

Washington, DC 20001

From: Lucas Wall [mailto:lucas.wall@yahoo.com]
Sent: Tuesday, July 7, 2020 2:51 PM
To: Civil eFiling <CivileFiling@dcsc.gov>
Subject: Re: Lucas Wall v. Reliance Standard Life Insurance Company

New lawsuit was submitted by e-mail June 12. I have not had any reply from the court. I spoke to a Small Claims clerk on live chat yesterday; he told me he would look into the issue and get to me. I have not received a response.

Please advise on what the status of my case is.

*Lucas Wall

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

On Friday, June 12, 2020, 11:47:26 AM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Attached is a new lawsuit to be filed with the Small Claims & Conciliation Branch.

Please let me know if there are any questions or issues with the filing I need to address.

I would appreciate if you could advise me of the initial hearing date by e-mail. Thank you.

Lucas Wall

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication.

Pl. Ex. 6

RE: Lucas Wall v. Reliance Standard Life Insurance Company

From: Johnson, Jeremie E. jeremie.johnson@dcsc.gov
To:     lucas.wall@yahoo.com
Date:  Wednesday, July 8, 2020, 8:52 PM EDT

Mr. Wall,

Good day, I hope all is well. Please see the attached order, and ensure the lead document is the request for waiving fees. If you have any questions, please feel free to contact me

Thank you,

**Jeremie Johnson**

Branch Chief, Small Claims

(202) 508 – 1611 (8-1611)

Jeremie.Johnson@dcsc.gov

510 4th Street, NW, Room 120

Washington, DC 20001

From: Lucas Wall [mailto:lucas.wall@yahoo.com]
Sent: Wednesday, July 8, 2020 5:17 PM
To: Johnson, Jeremie E. <Jeremie.Johnson@dcsc.gov>
Subject: RE: Lucas Wall v. Reliance Standard Life Insurance Company

Good evening. Following up to see if my case has been filed?

Pl. Ex. 7

RE: Lucas Wall 2015-02-03-0449-LTD-01 (Appeal Review)

From:  Lucas Wall (lucas.wall@yahoo.com)

To:     timothy.scott@rsli.com

Date:  Wednesday, July 8, 2020, 2:34 PM EDT

I am still awaiting the name and contact information for your lawyer. I heard from a clerk at D.C. Superior Court yesterday. They expect to process my lawsuit against RSLI this week. I still need your lawyer's information. Thank you

(This is something like my fifth request for this information.)

PI · Ex.8

Re: Lucas Wall 2015-02-03-0449-LTD-01 (Appeal Review)

From: Lucas Wall (lucas.wall@yahoo.com)

To: timothy.scott@rsli.com

Date: Wednesday, July 8, 2020 5:16 PM EDT

Correction: You sent info about the Law Department, but I need a specific name, mailing address, phone number, and email address -- as noted in multiple prior correspondence. Thank you.

>>>Please be advised that service is made on/to the Law Department of Reliance Standard Life Insurance Company.<<<

(Sent from my Samsung Galaxy S10)

On Mon, Jun 8, 2020 at 11:11 AM, Scott, Timothy <Timothy.Scott@rsli.com> wrote:

Hello Mr. Wall,

Thank you for your e-mail of Sunday, June 7, 2020.

Please be advised that service is made on/to the Law Department of Reliance Standard Life Insurance Company.

If you are represented by an attorney for the purposes of our current appeal review, please have them submit to us a letter of representation so that we may know who to communicate with for the duration of this process. Otherwise, we shall continue to send all communications to you directly.

As it regards our appeal review, as stated in our e-mail of May 26, 2020 (below), this review is still underway. As soon as we receive the independent physician's report, we shall forward a copy to you, and update you regarding this case. Again, if you have any other information, please provide it.

*Timothy Snipes Scott*
Sr. Benefits Analyst, Appeals

Reliance Standard Life Insurance
2001 Market Street, Suite 1500

Philadelphia, PA, 19103-7090
Direct Number: 267-705-4182
Fax Number: 267-256-3514
E-mail: timothy.scott@rsli.com

**From:** Lucas Wall <lucas.wall@yahoo.com>
**Sent:** Sunday, June 7, 2020 4:25 AM
**To:** Scott, Timothy <Timothy.Scott@rsli.com>
**Cc:** Brunner, Eileen <Eileen.Brunner@rsli.com>
**Subject:** REMINDER: Response Requested by 5 p.m. EDT Monday to Pay Benefits or Provide Attorney's Contact Information

This message originated outside of Reliance Standard's Network. Please use caution when opening attachments, clicking links or responding to requests for information.

Dear Mr. Scott:

I am awaiting your reply. Please let me know by 5 p.m. EDT Monday if you will agree to pay my benefits pending the lengthy appeal, or send me the information on your lawyer for service of process. Thank you.

Lucas Wall

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

On Wednesday, June 3, 2020, 2:13:16 PM MDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear Mr. Scott:

Please see the attached letter. I look forward to your reply no later than 5 p.m. EDT Monday, June 8, 2020.

Lucas Wall

On

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

On Tuesday, May 26, 2020, 12:06:50 PM MDT, Scott, Timothy <timothy.scott@rsli.com> wrote:

Hello Mr. Wall,

Please allow this to serve as an update regarding the current status of the appeal review of your Long Term Disability ("LTD") claim with Reliance Standard Life Insurance Company ("RSL"). Thank you for your e-mail below (of Saturday, May 23, 2020) regarding your current appeal review.

Please note, at the end of your thirty-two (32) page appeal letter of April 30, 2020, you stated that you looked forward to hearing from RSL (us) within the forty-five (45) day timeframe established by guidelines, but that you hoped for a summary judgement to be reached within ten (10) days. By summary judgement, we presume that you are simply referring to the notion that we complete our review and reach a final determination in your case. At this time, our review is still underway, and no determination has been reached. Our next step in the review has been outlined below.

**Based on our review, we found we will require a review the totality of the medical evidence in your file by a physician (Sleep Medicine Specialist), prior to the close of this appeal. Please note that this will be a different provider than any others who previously reviewed your case / records.**

To that end, we have utilized the services of an independent external vendor service to arrange for the independent physician to review the medical information contained within your LTD claim file. This information has been copied and sent to the vendor to forward to the physician. Once the independent physician's final Peer Review report is received and we have an opportunity to review it with our medical staff, we will update you on the status of the appeal review or inform you should we determine more information is required as part of the review of your LTD claim file.

Please keep in mind, ultimately, it is your responsibility to provide any information you wish to have considered during this appeal review. As such, if you have any other medical information you wish to be considered at this time, please let us know and forward it to us as soon as possible. Any/all additional information submitted during this course of the appeal review will be happily received and reviewed. Moreover, any medical information will also be forwarded to the independent provider for review in conjunction with the evidence which was already sent.

Further, please note we are required to make a final decision within forty-five (45) days of the date of your appeal but are allowed an additional forty-five (45) days if circumstances do not permit us to make a final appeal determination in the initial forty-five (45) day

timeframe we are allotted   Please allow this letter to serve as notice of our intention to take beyond forty-five (45) days to make a final decision, as we await the completion of the independent Peer Review report. Please note, upon its receipt, we shall forward you a copy of the Peer Review report for your records.

If you have any questions or concerns, please feel free to contact Customer Service at 1-800-351-7500 or myself at extension 4182.

You can also feel free to e-mail me at this address: timothy.scott@rsli.com

*Timothy Snipes Scott*

Sr. Benefits Analyst, Appeals

Reliance Standard Life Insurance

2001 Market Street, Suite 1500

Philadelphia, PA, 19103-7090

Direct Number: 267-765-4182

Fax Number: 267-256-3514

E-mail: timothy.scott@rsli.com

---

**From:** Lucas Wall <lucas.wall@yahoo.com>
**Sent:** Saturday, May 23, 2020 4:06 PM
**To:** Scott, Timothy <Timothy.Scott@rsli.com>
**Subject:** Re: Lucas Wall 2015-02-03-0449-LTD-01 (Appeal Review)

This message originated outside of Reliance Standard's Network. Please use caution when opening attachments, clicking links or responding to requests for information.

Hello Mr. Scott, In my appeal letter filed April 30, I asked for summary judgment within 10 days. It has now been 23 days since my appeal was submitted, and I have not received a determination as to summary judgment to restore my benefits. The only communication I have received from you is below, stating you have been assigned to my claim.

If you have mailed any notices to my address in Washington, DC, I have not received those as I am currently visiting my mother and will be traveling for at least the next two weeks. My file is clearly noted to SEND ALL CORRESPONDENCE BY E-MAIL. If you have already approved my claim reinstatement or sent anything else via postal mail, please resend by e-mail.

P1. Ex. 9

Re: Lucas Wall v. Reliance Standard Life Insurance Company

From: Lucas Wall <lucas.wall@yahoo.com>

To:   jeremie.johnson@dcsc.gov

Date: Thursday, July 9, 2020, 12:59 PM EDT

I've set up an account to e-mail, but am trying to upload an unsecured PDF as requested and I keep getting the same error message! This is so frustrating. My case was submitted June 12! I don't know what to do.

I have attached the unsecured PDF. Please tell me what I am supposed to do since e-filing does not work.



On Thursday, July 9, 2020, 9:24:54 AM EDT, Johnson, Jeremie E. <jeremie.johnson@dcsc.gov> wrote:

Good morning Mr. Wall,

Alternative filing instructions are below.

- Electronically via CaseFileXpress. More information regarding this process can be found on the Court's website at www.dccourts.gov under the DC Superior Court eFiling "Learn More Tab". If you have any questions or need additional support with using the eFiling system, please contact File & ServeXpress by the following methods: Client Support at

1.888.529.7587, or email them at support@fileandserve.com; or the chat line feature at
https://www.fileandservexpress.com.

* U.S. Postal mail or via the drop box located on the 1st Floor of the Moultrie Courthouse
  Bldg. All paper filings received by US Postal mail or from the drop box will be processed in
  the order received. Checks/money orders are made payable to the Clerk, DC Superior
  Court.

Thank you,

Jeremie Johnson

Branch Chief, Small Claims

(202) 508 – 1611 (8-1611)

Jeremie.Johnson@dcsc.gov

510 4th Street, NW, Room 120

Washington, DC 20001

From: Lucas Wall [mailto:lucas.wall@yahoo.com]
Sent: Wednesday, July 8, 2020 9:22 PM
To: Johnson, Jeremie E. <Jeremie.Johnson@dcsc.gov>
Subject: Re: Lucas Wall v. Reliance Standard Life Insurance Company

I see the order denying my request to file IFP. So how do I pay the filing fees to proceed with the lawsuit?

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>

On Wednesday, July 8, 2020, 8:52:41 PM EDT, Johnson, Jeremie E. <jeremie.johnson@dcsc.gov> wrote:

PL. EX. 18

RE: Lucas Wall v. Reliance Standard Life Insurance Company

From:   Johnson, Jeremie E. (jeremie.johnson@dcsc.gov)

To:   lucas.wall@yahoo.com

Date:   Thursday, July 9, 2020, 9:24 AM EDT

Good morning Mr. Wall.

Alternative filing instructions are below.

*does not work!!!*

- Electronically via CaseFileXpress. More information regarding this process can be found on the Court's website at www.dccourts.gov under the DC Superior Court eFiling "Learn More Tab". If you have any questions or need additional support with using the eFiling system, please contact File & ServeXpress by the following methods: Client Support at 1.888.529.7587; or email them at support@fileandserve.com; or the chat line feature at https://www.fileandservexpress.com

- U.S. Postal mail or via the drop box located on the 1st Floor of the Moultrie Courthouse Bldg. All paper filings received by US Postal mail or from the drop box will be processed in the order received. Checks/money orders are made payable to the Clerk, DC Superior Court

Thank you,

**Jeremie Johnson**

Branch Chief, Small Claims

(202) 508 – 1611 (8-1611)

Jeremie.Johnson@dcsc.gov

510 4th Street, NW, Room 120

Washington, DC 20001

From: Lucas Wall [mailto:lucas.wall@yahoo.com]
Sent: Wednesday, July 8, 2020 9:22 PM





Re: Lucas Wall v. Reliance Standard Life Insurance Company

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     jeremie.johnson@dcsc.gov

Date:   Tuesday, July 21, 2020, 3:12 PM EDT

Mr. Johnson?

I am still awaiting your reply concerning my case.

> > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > > >

On Thursday, July 9, 2020, 12:59:20 PM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

I've set up an account to e-mail, but am trying to upload an unsecured PDF as requested and keep getting the same error message. This is so frustrating. My case was submitted June 12! I don't know what to do.

I have attached the unsecured PDF. Please tell me what I am supposed to do since e-filing does not work.



On Thursday, July 9, 2020, 9:24:54 AM EDT, Johnson, Jeremie E. <jeremie.johnson@dcsc.gov> wrote:

Good morning Mr. Wall,

Alternative filing instructions are below.

- Electronically via CaseFileXpress. More information regarding this process can be found on the Court's website at www.dccourts.gov under the DC Superior Court eFiling "Learn More Tab". If you have any questions or need additional support with using the eFiling system, please contact File & ServeXpress by the following methods: Client Support at 1.888.529.7587, or email them at support@fileandserve.com; or the chat line feature at https://www.fileandservexpress.com.

- U.S. Postal mail or via the drop box located on the 1st Floor of the Moultrie Courthouse Bldg. All paper filings received by US Postal mail or from the drop box will be processed in the order received. Checks/money orders are made payable to the Clerk, DC Superior Court.

Thank you,

**Jeremie Johnson**

Branch Chief, Small Claims

(202) 508 – 1611 (9-1611)

Jeremie.Johnson@dcsc.gov

510 4th Street, NW, Room 120

Washington, DC 20001

From: Lucas Wall <mailto:lucas.wall@yahoo.com]
Sent: Wednesday, July 8, 2020 9:22 PM
To: Johnson, Jeremie E. <Jeremie.Johnson@dcsc.gov>
Subject: Re: Lucas Wall v. Reliance Standard Life Insurance Company

I see the order denying my request to file IFP. So how do I pay the filing fees to proceed with the lawsuit?

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**SMALL CLAIMS & CONCILIATION BRANCH**

**LUCAS WALL**                                      :
                                                    :
    Plaintiff,                  :
                                                    :        Case No. _____
v.                                                  :
                                                    :        Judge _____
**RELIANCE STANDARD LIFE INSURANCE CO.**            :
                                                    :
    Defendant.                   :

<u>**ORDER CONCERNING PLAINTIFF'S MOTION TO EXPEDITE INITIAL HEARING**</u>

    Upon consideration of the plaintiff's motion to expedite the initial hearing on his Statement of Claim

in the above-captioned case, it is, by the Court, this _____ day of _____ 2020,

    ORDERED that the motion to expedite is hereby GRANTED;

    IT IS FURTHER ORDERED that the clerk shall schedule the initial hearing in this case on August _____,

2020 at _____ a.m.


_____
Judge



**Copies to:**

Lucas Wall, plaintiff *pro se*
Lucas.Wall@yahoo.com

Timothy Scott, defendant's representative
Senior Benefits Analyst for Appeals
Reliance Standard Life Insurance Co.
Timothy.Scott@rsli.com



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov

_Lucas Wall_
**Plaintiff(s)**

*(The information collected on this form is used solely for court administration and statistical purposes.)*

_Reliance Standard Life Insurance Company_ v.
**Defendant(s)**

---

_Lucas Wall_
**Name** *(please print or type)*

**Relationship to Lawsuit:**
☐ Attorney for Plaintiff  ☑ Self (Pro Se / No Attorney)
☐ Other: _____

**Firm Name** *(if applicable)*

_202-351-1735_
**Telephone No.**                    **Bar. No.**

**Service Method:**
☑ Certified Mail by Clerk (How many? _1_ )
  ☑ *With Restricted Delivery (check if applicable)*
☐ Registered Mail by Clerk (How many? _____ )
  ☐ *With Restricted Delivery (check if applicable)*
☐ Special Process Server (You must file an Application for Approval of Special Process Server)

Do you need an interpreter? ☐ Yes ☑ No   *If yes, which language(s)?* _____

Amount in Controversy: ☐ $1 - $500   ☐ $500.01 - $2,500   ☑ $2,500.01 - $10,000
Pending or re-filed case(s) related to the action being filed:
Case No.: _____   Case No.: _____

---

**NATURE OF SUIT:** *(Check ONE box only that most accurately describes your primary case)*

**A.  CONTRACTS – a claim based on an agreement between parties made either orally or in writing**

☒ Breach of Contract          ☐ Breach of Warranty          ☐ Personal Property
☐ Negotiable Instrument       ☐ Loan                        ☐ Rent Due
☐ Unpaid Wages                ☐ Services Rendered           ☐ Security Deposit
☐ Debt Suit                   ☐ Home Improvement Contract   ☐ Oral

**B.  PROPERTY TORTS – a claim for an injury or wrong committed on the property of another**

☐ Automobile                  ☐ Conversion                  ☐ Shop Lifting
☐ Property Damage             ☐ Destruction of Property     ☐ Trespass

**C.  PERSONAL TORTS – a claim for an injury or wrong committed on the person of another**

☐ Assault and Battery         ☐ Personal Injury             ☐ Libel and Slander   ☐ Slip and Fall
☐ Automobile                  ☐ Fraudulent Misrepresentation ☐ Negligence

**D.** ☐ **UNIFORM ARBITRATION ACT – an action based on an arbitration agreement**   **E.** ☐ **SUBROGATION – a claim filed by one person in the place of another**

**F.** ☐ **FOREIGN JUDGMENT (DOMESTIC) –** judgment, decree or order filed from another jurisdiction   **G.** ☐ **COLLECTION – a claim filed by a seller / lender to collect a consumer debt**

**H.** ☐ **FOREIGN JUDGMENT (INTERNATIONAL) –** judgment, decree or order filed from another country

**I.** ☐ **MEDICAL  MALPRACTICE – a claim against a healthcare provider for professional misconduct**
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes  ☐ No

CV-3046/Rev. Sept. 2018

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**SMALL CLAIMS & CONCILIATION BRANCH**

| | | |
|---|---|---|
| **LUCAS WALL** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2020-SC3-2073 |
| v. | : | |
| | : | Small Claims Judge |
| **RELIANCE STANDARD LIFE INSURANCE CO.** | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFF'S**
**EMERGENCY MOTION TO EXPEDITE INITIAL HEARING DUE TO COURT CLERKS' ERRORS**

COMES NOW plaintiff, *pro se*, and files this memorandum in support of my Emergency Motion to Expedite Initial Hearing Due to Court Clerks' Errors filed July 21.

After refiling my Statement of Claim on July 21, I was assigned by the clerk's office an initial hearing date of September 14. However, District of Columbia law requires an initial hearing be held within 30 days. I also deserve for the hearing date to moved up because of errors made by the clerk's office in not responding to my initial filing June 12 nor replying promptly to my inquiries about errors in trying to refile the Statement of Complaint using the court's e-file system.

"The clerk shall furnish the plaintiff with a memorandum of the day and hour set for the hearing, not less than 5 ***nor more than 30 days*** from the date of the filing of the action." D.C. Code § 16–3902 (emphasis added). An initial hearing date of September 14 does not comply with the law.

I originally filed my Statement of Claim by e-mail June 12, however the clerk's office never processed it until I followed up three weeks later to check on the status. Pl. Ex. 2. In a letter attached to the June 12 filing, I requested an initial hearing date of July 20. Pl. Ex. 12. Cases filed on or about June 12 were assigned initial hearing dates on or about August 12. Pl. Ex. 13.

When my case was finally refiled July 21, I requested by motion an initial hearing on or about August 19 – which is within the 30-day statutory requirement and close to the date I would have received by the clerk's office if my original filing June 12 had not been misplaced.

I have already been contacted by the defendant's attorney, Maria Flaks. She was sent July 24 the Statement of Claim, accompanying documents, and the emergency motion to expedite – so the defendant has ample time to prepare for an August 19 initial hearing. Pl. Ex. 14.

A document accompanying my Statement of Claim titled "Plaintiff's Request for Initial Hearing Date" indicates "Plaintiffs have a right to an initial hearing *within 30 days after they file their Statement of Claim*," reflecting the statutory mandate. Pl. Ex. 15 (emphasis added). I checked the box on the form that "I expect to provide proof of service to the Court in no more than 23 days and request an initial court date within 30 days."

Assigning my case an initial hearing date September 14 violates not only D.C. law, but also this court's procedures.

"All Initial Hearings are scheduled 21-30 days from the date the case is filed," according to the Small Claims & Conciliation Branch's Case Management Plan. Pl. Ex. 16.

"The clerk will set a hearing date when the plaintiff files the statement of claim. The hearing date is scheduled 21 to 30 days from the date of filing," according to the branch's Information Handbook. "All small claims cases are scheduled for a hearing 21 to 30 days from the date the plaintiff files his or her statement of claim." Pl. Ex. 17.

The clerk's office erred in misplacing my original June 12 filing and again in not scheduling my initial hearing within 30 days of the July 21 refiling.

WHEREFORE, plaintiff respectfully requests that the Court grant my motion to expedite the initial hearing date, rule on this motion without oral argument, and enter the proposed order scheduling the initial hearing for **August 19** or a nearby date that week (with the exclusion of August 18.) This would comply with the statutory requirement to hold an initial hearing within 30 days of filing. My Statement of Claim needs urgent attention because RSLI has denied me about $10,000 in disability benefits since March 2020 due to harassment, invasion of privacy, and intentional infliction of emotional distress. This represents a loss of half of my income, and is causing great financial distress.

Respectfully submitted this 27th day of July 2020.

*Lucas Wall*

Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

**CERTIFICATE OF SERVICE**

On July 27, 2020, I e-mailed this memorandum to the defendant's representative (she is not registered with the court's e-file system for automatic service):


Maria Flaks
Counsel for Reliance Standard Life Insurance Co.
Maria.Flaks@wilsonelser.com



*Lucas Wall*

Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

PL. EX. 12

# LUCAS WALL

435 10th St, NE
Washington, DC 20002-6119
*Phone: 202-351-1735*
*E-Mail: Lucas.Wall@yahoo.com*

June 12, 2020

Clerk's Office
Small Claims & Conciliation Branch
D.C. Superior Court
Via E-Mail: Civilefilings@dcsc.gov

Dear Clerk:

Attached is a new Small Claims case for filing along with a request to proceed without pre-payment of court costs.

I request defendant Timothy Scott be served by **Certified Mail with Restricted Delivery** to ensure only Mr. Scott may sign for the legal documents. I am also submitting the documents to Mr. Scott by e-mail and asking him to return to me a "NOTICE AND ACKNOWLEDGMENT OF SERVICE" form. Due to COVID-19 craziness, it is not clear if Mr. Scott is currently working from his office in Philadelphia, Pennsylvania, thus I am not positive a Certified Mail service would be successful.

During a live chat with your office today, I was informed, "You can request a specific court date by attaching a piece of paper to your claim with the requested court date. There is no guarantee that you'll receive the requested court date. At this time, we are scheduling hearings in late July and early August for new claims."

I hereby request an initial court date of Monday, July 20. If this date is not available, I request the next available initial hearing date. Thank you.

Please confirm when my case has been accepted for filing and when the initial hearing date will be scheduled. I appreciate your assistance.

Yours truly,

*Lucas Wall*

Lucas Wall

Pl. Ex. 13

# 2020 SC3 002011 DE LA LUZ CASTRO, ALEJANDRA VS. GREENSTREET, ANNA SCJ

- Case Type:
- Sml Clms >$2,600 <=$10,000
- Case Status:
- Open
- File Date:
- 06/12/2020
- Status Date:
- 06/12/2020

All Information    Party    Event    Docket    Receipt    Disposition

## Party Information

### DE LA LUZ CASTRO, ALEJANDRA
- Plaintiff

| | |
|---|---|
| • Disposition | Alias |
| • Disp Date | Party Attorney |
| | • Attorney |
| | • DA SILVA, RYAN L |

### GREENSTREET, ANNA
- Defendant

| | |
|---|---|
| • Disposition | Alias |
| • Disp Date | Party Attorney |

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 08/12/2020 09:00 AM | Small Claims Courtroom B-119 | Initial Hearing | | |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 06/12/2020 | Event Scheduled<br>Event: Initial Hearing<br>Date: 08/12/2020   Time: 9:00 am<br>Judge: SMALL CLAIMS JUDGE   Location: Small Claims Courtroom B-119 | |
| 06/15/2020 | Small Claims Branch SOC Package eServed | Image |

## Receipts

| Receipt Number | Receipt Date | Received From | | Payment Amount |
|---|---|---|---|---|
| Total | Total | Total | Total | $50.00 |

PL. EX. 14

Lucas Wall v. Reliance Standard Life Insurance Co.

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    maria.flaks@wilsonelser.com

Date:  Friday, July 24, 2020, 5:39 AM EDT


Dear Ms. Flaks:

Thank you again for your voicemail yesterday informing me you will be representing Reliance Standard Life Insurance Co. in D.C. Superior Court Case # 2020-SC3-2073. As noted in my return voicemail, I have been asking Timothy Scott at RSLI to give me contact information for the company's attorney for the past two months or so, but he refused numerous times. So I'm glad to finally be in touch with RSLI's legal representative.

I have electronically received the service package for this case from the Small Claims clerk's office. That document is attached. Although the clerk's office has sent the documents to RSLI's Philadelphia office by Certified Mail, I kindly ask you to sign the "Notice & Acknowledgement of Service" form (also attached) to verify you have received the Statement of Claim, accompanying documents, and Plaintiff's Emergency Motion to Expedite Initial Hearing Due to Court Clerks' Errors (with exhibits and a proposed order attached). Please return that notice and acknowledgement form to me as soon as possible so I can file it with the court.

Because the first Statement of Claim page is so fuzzy due to the tiny font size and the fact it has been printed and scanned multiple times, I am attaching a courtesy copy of that page that is a little bit more readable.

The clerk's office has assigned an initial hearing date of September 14, however as noted, I have filed a motion to move that up to August 19 or around. I would like to ask for your consent, D.C. Code § 16-3902 requires an initial hearing for small-claims cases within 30 days, so I expect my motion will be successful.

Is August 19 a good date for you? If not, could you please propose an alternate date that week, with the exception of August 18, when RSLI currently has me scheduled for an independent medical exam in Newark, Delaware?

I look forward to your return call so we can discuss how to proceed. I am certainly open to settlement discussions if we are able to agree on terms that would allow us to avoid going to court.

In sum, I again ask if you could please:

1. Sign and return to me by e-mail the Notice & Acknowledgment of Service form.

2. Advise if you will consent to the motion to move up the initial hearing to August, and let me know if August 19 is an acceptable date.

Finally, I expect to be filing a Memorandum of Points & Authorities later today in support of my motion, citing the 30-day requirement in D.C. Code § 16-3902. I am using the e-file system for D.C. Superior Court. I searched your name to add you to the e-service list for this case, however there were no results. If you are registered under a different name, please let me know. Otherwise I will serve documents by e-mail until you are registered.

Thank you for your consideration of these matters. I look forward to working with you to find a mutually agreeable resolution to this case.


Yours truly,

Lucas Wall

 RSLI Acknowledgement of Service.pdf
757.9kB

 Wall v RSLI Service Package.pdf
1.8MB

 Wall v RSLI St of Claim.pdf
143.8kB

PI. EX. 15



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION, Small Claims and Conciliation Branch
510 4th Street, N.W., Building B, Room 120
Washington, D.C. 20001 Telephone (202) 879-1120

# PLAINTIFF'S REQUEST FOR INITIAL HEARING DATE

Plaintiffs have a right to an initial hearing within 30 days after they file their Statement of Claim. To allow sufficient time for service, Plaintiffs may instead request an initial hearing within 60 days after initiation.

Court rules require Plaintiffs to provide proof of service at least 7 days before the initial hearing. Service must be completed within 15 days of filing when a Defendant is the District of Columbia or an officer or agency of the District. Plaintiffs should request a date that allows sufficient time to serve Defendant.

☐ I expect to provide proof of service to the Court in no more than 53 days and request an initial court date within 60 days.

☒ I expect to provide proof of service to the Court in no more than 23 days and request an initial court date within 30 days. JULY 20, 2020, HEARING REQUESTED -- SEE ATTACHED COVER LETTER

Plaintiffs who do not provide proof of service at least 7 days prior may ask the court to reschedule the initial hearing date, and explain why they did not file proof of service at least 7 days before the initial hearing, and how they plan to serve the Defendant at least 7 days before any rescheduled date.

*Plaintiff/Agent (Sign and Print Name):* _____

*Date:* 6-12-20

Pl. Ex. 16



District of Columbia Superior Court

# CIVIL DIVISION
## Small Claims and Conciliation Branch

# Case Management Plan

### Jury Demand

Any party may demand a jury trial (as to any issue that is triable of right by a jury). To demand a jury trial, the party must file the written demand and serve it on the other parties at or before the initial hearing. For good cause, the Court could extend the time period in which a party may file a jury demand. If the jury demand is being made by the defendant, the defendant must also file a verified answer setting out the facts on which the defense is based.

When a party properly makes a timely demand for trial by jury, the case is certified to the Civil Actions Branch for trial on an expedited basis. The case will not proceed in the Small Claims Branch. The case is assigned to a Civil II Associate Judge and remains subject to the Rules of Procedure for the Small Claims and Conciliation Branch. Super. Ct. Sm. Cl. R. 1 (a) (2), 6.   An initial scheduling conference is scheduled and notice of the initial scheduling conference is mailed to all parties.  The case action type for a jury demand is changed to "SCJ".  All documents for a small claims jury demand case must be filed in the Small Claims Branch, even after it has been certified to an Associate Judge. The fee to file a jury demand is $75.00.

### Cases Certified to Civil Actions in the Interest of Justice

With the approval of the Presiding Judge of the Civil Division, and when the interests of justice require, the Court may certify any action brought in the Small Claims Branch to the Civil Actions Branch for further proceedings. Super. Ct. Sm. Cl. R. 8. Any action certified to the Civil Actions Branch pursuant to Rule 8 is subject in all respects to the Superior Court Rules of Civil Procedure. Super. Ct. Sm. Cl. R. 1 (a) (3).

### Hearings

### Initial Hearing

All Initial Hearings are scheduled 21-30 days from the date the case is filed. The initial hearings are set to begin at 9:00 a.m. in the Small Claims Branch Courtroom 119, located at 510 4th Street, N.W., Court Building B. The Judge presiding in the Small Claims courtroom gives an opening statement to the parties to explain what will happen in Court that day and the basic laws and procedures governing cases brought in the Small Claims Branch. After the opening statement, the clerk calls all of the cases scheduled for an initial hearing that day. If both parties are present, the parties are referred to mediation. The initial hearings for all collection and subrogation cases are scheduled on Wednesdays.

### Mediation

Mediation is used by the Court to allow parties the opportunity to settle their case without going to trial. It is mandatory that all parties attend mediation during the first

14

# SUPERIOR COURT
# OF THE
# DISTRICT OF COLUMBIA

## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION HANDBOOK

510 4TH Street, N.W.,

Court Building B, Room 120

Washington, D.C. 20001

Phone: (202) 879-1120

Fax:   (202) 508-1696

**Robert Morin**
**Chief Judge**

**Anne B. Wicks**
**Executive Officer**

**James McGinley**
**Clerk of the Court**

**Zabrina Dempson, Esq.**
**Director, Civil Division**

The statement of claim must have a simple but complete statement of why the plaintiff is suing the defendant. It should give any dates and places that are important to the claim. The plaintiff must also include a copy of any contract, promissory note, or other document that is important to the claim.

All plaintiffs must sign the statement of claim, including *pro se* plaintiffs (parties who do not have a lawyer) and give their address and telephone number. Signatures must be handwritten. A plaintiff cannot use a rubber stamp as a signature. Superior Court Rules of Civil Procedure 11 (SCR-Civ 11). If the statement of claim is not notarized, you must bring picture identification (ID) to the Small Claims Clerk's Office to have the statement of claim verified by a clerk.

You can get statement of claim forms from the Small Claims Clerk's Office or on the internet at http://www.dccourts.gov/internet/formlocator.jsf . You can also get a sample statement of claim form in the Small Claims Clerk's Office and on the internet at http://www.dccourts.gov/internet/formlocator.jsf .

## THE CASE INFORMATION FORM

The plaintiff must also complete and file a small claims information form. The small claims information form lists the different types of small claims cases and different sums of money that plaintiffs may be trying to win. Plaintiffs should check the box next to the right type of case (for example, breach of contract, personal injury) and the sum of money for which they are suing. If known, plaintiffs must also note if they or the defendant needs an interpreter and if they are suing a healthcare provider. **If you are suing a healthcare provider, you must give the healthcare provider notice that you are going to file a suit 90 days prior to filing a statement of claim.** D.C. Code § 16-2802.

You can get the small claims information and confidential form from the Small Claims Clerk's Office or on the internet at http://www.dccourts.gov/internet/formlocator.jsf . You can also get a sample small claims information form in the Small Claims Clerk's Office and on the internet at http://www.dccourts.gov/internet/formlocator.jsf to help you fill yours out. You must give the clerk the original small claims information form.

A clerk will review the statement of claim and the small claims information form to make sure they are complete. If the clerk accepts the statement of claim, he or she will verify, sign, date and seal the statement of claim. A clerk for the Small Claims Branch will give your case a number and write it on the statement of claim and small claims information form. **This case number is very important because you will need it to find out information about your case or when filing new documents.** After the clerk processes the statement of claim and other documents, he or she will scan it into our online database, the Integrated Justice Information System (IJIS). After you pay your court fees, the clerk will give you the original documents to hold on to and bring to your court hearing. **Anyone can view case docket information on the internet at** www.dccourts.gov/pa.

**The clerk will set a hearing date when the plaintiff files the statement of claim. The hearing date is scheduled 21 to 30 days from the date of filing.** The clerk will write the hearing date on the bottom of the statement of claim.

727-6295. The address for the Office of the Attorney General for the District of Columbia is 441 4th Street, N.W., 6th Floor South, Washington, D.C. 20001.

## FILING PROOF OF SERVICE

All small claims cases are scheduled for a hearing 21 to 30 days from the date the plaintiff files his or her statement of claim. If the defendant is served by special process server, an affidavit of service must be filed five business days before the scheduled court date. The affidavit must state the case name and number, the process server's name and home or business address, the time and place of service, and the fact that he or she is 18 years of age or older. The affidavit must also state that a copy of the statement of claim with supporting documents was personally served upon the named defendant(s).

If service is made to a person other than the named defendant(s), the process server must write enough facts in the affidavit for the Court to approve service of the documents on the person who received service. For example, the affidavit must state that a copy of the statement of claim with supporting documents was given to an adult at the individual's home or usual place of abode who also lives in the home. If the process server served an agent of the defendant, the affidavit must state that a copy of the statement of claim with supporting documents was given to an agent authorized to receive service of process. The specific name of the person who received the documents must be listed on the affidavit.

You can get an affidavit of service from the Small Claims Clerk's Office, Court Building B, Room 120 or on the internet at http://www.dccourts.gov/internet/formlocator.jsf .

If the defendant is served by certified or registered mail, the green return receipt card must be received by the Small Claims Clerk's Office from the U.S. Postal Service at least five business days before the scheduled court date. The parties should call the Small Claims Clerk's Office ((202) 879-1120) two business days before their scheduled court date to confirm that service has been filed.

If proof of service is not filed in the Small Claims Clerk's Office five business days before the court date, the case will not be heard by the Court on its scheduled date. If the defendant is not served prior to the court date, the plaintiff must file an alias notice of statement of claim also known as a 'Reissue', to get a new court date and serve the defendant before the new court date. An alias notice of statement of claim is a request to the Small Claims Clerk's Office to reissue the original statement of claim because service was not possible before the scheduled court date. The cost to file an alias notice of statement of claim is $5.00, unless the fee is waived by the judge.

If the plaintiff is able to serve the defendant prior to the court date, but does not file proof of that service five business days before the court date, the plaintiff can request a new court date without having to serve the defendant again (also known as a 'Reset'). The Small Claims Clerk's Office will send the plaintiff and defendant notice of the new court date.