UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCAS WALL,<br><br>        Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE COMPANY, *et al.*,<br><br>        Defendants. | Case No. 20-cv-2075 (EGS/GMH) |

## ORDER

This case was referred to the undersigned for full case management up to but excluding trial on February 1, 2022.  Prior to that referral, in October 2021, Plaintiff Lucas Wall, who proceeds *pro se*, filed a motion to compel responses to the requests for production of documents he served on both Defendants.  ECF Nos. 57 through 57-5.  Each Defendant filed an opposition to the motion.  ECF Nos. 60–61.  On February 11, 2022, Plaintiff filed a document asking that the Court set an immediate hearing on his motion to compel.  ECF No. 63.

As noted, the pending discovery motion seeks to compel responses to Plaintiff's requests for production of documents from both Defendant Reliance Standard Life Insurance Co. ("Reliance") and Defendant, Tajuddin Jiva, M.D.  ECF Nos. 57 through 57-5.  Dr. Jiva has filed a motion to dismiss Plaintiff's claims against him, which will be fully briefed on March 4, 2022.  ECF No. 62.  In the interest of judicial efficiency, resolution of that portion of the discovery motion addressing Dr. Jiva's discovery responses will await resolution of the motion to dismiss, which may moot it.

As to the part of the motion to compel directed to Reliance, Plaintiff's original filing contains no argument as to the appropriateness of Reliance's responses, but merely indicates that there

is a dispute.  ECF No. 57 at 1.  On the other hand, Reliance's opposition explains its legal position on the dispute—specifically, that the requested discovery is irrelevant to the claims remaining in this case and overly broad and burdensome.  ECF No. 61.  The Court shall therefore provide Plaintiff an opportunity to respond to those arguments in writing.  After Plaintiff's response is filed, the Court will decide whether a hearing is necessary.  *See* LCvR 78.1 (providing that the decision whether to hold an oral hearing on a motion is within the court's discretion); *see also, e.g.*, *Ned Chartering & Trading, Inc. v. Republic of Pakistan*, 294 F.3d 148, 151 n.1 (D.C. Cir. 2002) (same).

Accordingly, it is hereby

**ORDERED** that Plaintiff shall file his written reply addressing the arguments in Defendant Reliance's opposition to the motion to compel (ECF No. 61) on or before February 22, 2022.

**SO ORDERED**.

Date: February 15, 2022

G. Michael Harvey
United States Magistrate Judge