**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LUCAS WALL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE<br>INSURANCE CO., *et al.*,<br><br>　　　　　　Defendants. | Civ. Action No. 20-2075<br>(EGS/GMH) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the Memorandum Opinion and Order docketed June 1, 2021, ECF Nos. 26 and 27; the Order docketed February 21, 2023, ECF No. 89; and the Memorandum Opinion and Order docketed March 27, 2023, ECF Nos. 90 and 91, it is hereby

**ORDERED** that the Clerk shall enter final judgment in favor of Defendants and against Plaintiff. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**　　　　　United States District Judge**
**　　　　　March 28, 2023**