AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia



**FILED**
MAR 29 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LUCAS WALL )
*Plaintiff* )
v. ) Civil Action No. 20-2075 (EGS)
RELIANCE STANDARD LIFE INSURANCE CO., et al )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ **other:** Ordered that the Clerk shall enter final judgment in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EMMET G. SULLIVAN on a motion for Leave to File by plaintiff; Motion for Summary Judgment by Reliance Standard Life Insurance Company, Motion For Judgment on the Pleadings and Motion to Vacate by by Tajuddin Jiva

Date: 03/29/2023

ANGELA D. CAESAR, CLERK OF COURT

*(signature)*
Signature of Clerk or Deputy Clerk